Form 241

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 16–80601

IN THE MATTER OF:
Ralph Foster     xxx–xx–2852
308 South Bend Drive
Durham, NC 27713

Debtor(s)

## NOTICE OF ORDER DISMISSING CASE

To: Debtor, Its Creditors and Other Parties in Interest:

**TAKE NOTICE THAT** on 5/15/17

an Order was entered by the United States Bankruptcy Court, dismissing the above named case .

Dated: 5/15/17                                                                                     OFFICE OF THE CLERK/ cph