Form 211

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina

101 S. Edgeworth Street
Greensboro, NC 27401

---

Bankruptcy Case No.: 16−80601

IN THE MATTER OF:
Ralph Foster     xxx−xx−2852
308 South Bend Drive
Durham, NC 27713

Debtor(s)

---

## FINAL DECREE

**IT APPEARING** that the Chapter 13 Standing Trustee has filed the Final Report for the above referenced case; that notice has been given to the Bankruptcy Administrator and parties in interest pursuant to Rule 5009; that the Court has ruled on objections, if any, filed to the Final Report; and that the estate has been fully administered; it is therefore

**ORDERED** that Richard M. Hutson II , Standing Trustee, shall be, and hereby is, discharged in this case; and it is further

**ORDERED** that the above−named case be, and hereby is, closed.

Dated: 11/30/17

*/s/ Lena Mansori James*
LENA MANSORI JAMES
United States Bankruptcy Judge